# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

GEROD MAURICE JARRETT,

Petitioner

No. 51 WM 2015

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Although counsel has not established that her failure to submit a timely filing was due to anything other than her own negligence, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. *See* Pa.R.Crim.P. 122. Counsel is **DIRECTED** to file a Petition for Allowance of Appeal within 15 days.